IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO MORALES,

      Petitioner,                    No. CIV S-08-0382 WBS KJM P

   vs.

MIKE KNOWLES, Warden,

      Respondent.              <u>ORDER</u>

_____/

      Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

      On that portion of the habeas form asking petitioner to list the grounds for the instant petition, petitioner has typed "none." He has, however, attached a copy of the state Court of Appeal's decision affirming his conviction. It is not clear whether petitioner seeks to raise all the grounds raised below, including those raised by his co-appellant or whether he seeks to raise

1

completely different issues in this federal petition. He will be given the opportunity to submit an amended petition which lists the grounds he wishes to pursue in the current action.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis is granted;

2. Petitioner's petition is dismissed;

3. Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; any amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" failure to file an amended petition will result in a recommendation that the action be dismissed; and

4. The Clerk of the Court is directed to send petitioner the form for a habeas corpus petition by a state prisoner.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2

mora0382.nohab