IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LOREDO MORALES,

    Petitioner,                       No. 08-CV-00382 JCW

    vs.

MIKE KNOWLES, et al.,

    Respondents.                  <u>ORDER</u>

    Morales, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting four grounds for relief. Ground One, Ground Two, and Ground Three assert claims that have already been granted by the California Court of Appeal. *See People v. Morales*, No. C047728, 2006 WL 459348, at *9, 14 (Cal. Ct. App. Feb. 27, 2006). These grounds are therefore dismissed.

    However, because Morales may be entitled to relief on Ground Four of his petition, if the claimed constitutional violation is proven, respondents will be directed to file a response to this ground of Morales' habeas petition.

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

In accordance with the above, IT IS HEREBY ORDERED that:

1. Ground One, Ground Two, and Ground Three of Morales' habeas petition are dismissed;

2. Respondents are directed to file a response to Ground Four of Morales' petition within fifty-six days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition, including any defense of the statute of limitations. *See* Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, Morales' reply, if any, shall be filed and served within twenty-eight days after service of the answer;

4. If the response to the habeas petition is a motion, Morales' opposition or statement of non-opposition to the motion shall be filed and served within twenty-eight days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General, and mail a copy to petitioner Morales.

DATED: April 17, 2009

/s/ J. Clifford Wallace
_____
J. Clifford Wallace
United States Circuit Judge

2

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com